USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| ROALD MARK, on behalf of himself and all others similarly situated, | Civil Action No. 1:22-cv-07974-VEC |
| Plaintiff, | **ORDER** |
| v. | |
| SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendant. | |

VALERIE E. CAPRONI, District Judge:

Having reviewed the parties' joint letter filed on November 15, 2022, ECF No. 11, it is hereby ORDERED that:

1. This action is STAYED pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") regarding the motion for transfer pending in the matter, *In re Samsung Customer Data Security Breach Litigation*, MDL No. 3055;

2. All deadlines, including Samsung's deadline to answer, move with respect to, or otherwise respond to the Complaint, are VACATED until further order of the Court; and

3. The Parties shall notify the Court of the JPML's decision if the Court is not otherwise notified, and, should the JPML deny centralization, the Parties will confer and jointly submit a proposed order lifting the stay for the Court's review and approval, which will include a deadline for Samsung's response to the Complaint.

**SO ORDERED:**

Dated: November 15, 2022
      New York, New York

_____
**UNITED STATES DISTRICT JUDGE**